IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW CONTENDERS, INC.; DILLON PRODUCTIONS, INC.<br><br>      Plaintiff(s),<br><br>  v.<br><br>KI RYE CHONG, doing business as Skyscraper Club,<br><br>      Defendant(s)._____/ | No. C 08-0148 MEJ<br><br>**ORDER OF REFERRAL** |

Pursuant to Local Rule 3-12(c), this matter is referred to the Honorable Marilyn Patel for the purpose of considering whether it is related to the following case: C 96-3423 MHP, *New Contenders v. Ki Rye Chong*.

**IT IS SO ORDERED.**

Dated: September 2, 2008

MARIA-ELENA JAMES
United States Magistrate Judge